

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-15-00142-CV

CLAUDIA CALLEJAS DUENAS,                                          APPELLANT
INDIVIDUALLY AND AS NEXT
FRIEND OF NATASHA PEDRAZA,
MATTHEW PEDRAZA, AND
CARLOS PEDRAZA

V.

ROBERT CHARLES GETZ, JR.                                      APPELLEE

------------

## FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY
## TRIAL COURT NO. 067-263827-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On May 26, 2015, we notified appellant that the trial court clerk responsible for preparing the record in this appeal informed the court that payment arrangements had not been made to pay for the clerk's record as required by

---

[1]*See* Tex. R. App. P. 47.4.

Texas Rule of Appellate Procedure 35.3(a)(2). *See* Tex. R. App. P. 35.3(a)(2). We stated that we would dismiss the appeal for want of prosecution unless appellant, within ten days, made arrangements to pay for the clerk's record and provided this court with proof of payment.

Because appellant has not provided this court with proof of payment arrangements for the clerk's record, it is the opinion of the court that the appeal should be dismissed for want of prosecution. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 37.3(b), 42.3(b).

Appellant shall pay all costs of the appeal, for which let execution issue.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  July 2, 2015